| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HAMILTON, CLYDE H | 2. Court or Organization<br><br>US COURT OF APPEALS - 4TH CIR. | 3. Date of Report<br><br>4/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE-Senior Status | 5. Report Type (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>BANK OF AMERICA PLAZA<br>1901 MAIN ST., SUITE 1250<br>COLUMBIA, SC 29201-2435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 3 3 10 PH '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- | --- |
| 1. | 04/05/03 | Refund on 2002 Income Tax Return: | State of South Carolina | $3228.00 |
| 2. | 04/04/03 | Refund on 2002 Income Tax Return: | Federal | $8,588.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2003 | Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) Salary, Director's Fees and Commissions |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Loan Company | Mortgage on CMC Associates (Columbia, S.C.) Warehouse (Part VII, Page 22, line 394) | K |
| 2. | National Bank of South Carolina | Line of Credit for Pulliam-Morris Decorating Company, Inc. | NONE |
| 3. | Wachovia Bank, N.A. | Promissory Note - Personal Loan | L |

Name of Person Reporting

HAMILTON, CLYDE H

Date of Report

4/5/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Wachovia Securities -- Self-directed: | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. CASH/MONEY MARKET FUNDS | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. ORASURE TECHNOLOGIES, INC. (common stock) | | None | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. AMERICAN INTERNATIONAL GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. AMERICAN NATIONAL INSURANCE CO. (common stock) | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. AMSOUTH BANCORPORATION (common stock) | A | Dividend | J | T | Buy | 1-10 | J | | |
| 18. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,000-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ANHEUSER BUSCH COS., INC. (common stock) | A | Dividend | J | T | Buy | 1-10 | J | | |
| 20. | | | | | | | | | |
| 21. H & R BLOCK, INC. (common stock) | A | Dividend | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. CHEVRONTEXACO CORP. (common stock) | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. EQUITY OFFICE PROPERTIES REIT TRUST | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. EQUITY RESIDENTIAL (common stock) | A | Dividend | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. FANNIE MAE ASSOCIATION (common stock) | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. GENERAL ELECTRIC COMPANY (common stock) | A | Dividend | J | T | Buy | 1-10 | J | | |
| 34. | | | | | | | | | |
| 35. GILLETTE CO. (common stock) | A | Dividend | J | T | Buy | 1-10 | J | | |
| 36. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes:
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. HAVERTY FURNITURE CO., INC. (common stock) | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. HOUSEHOLD INTERNATIONAL, INC. (common stock) | A | Dividend | | | Exchange | 4-11 | J | | Exchange. See below. No gain. |
| 40. | | | | | | | | | |
| 41. HSBC Holdings PLC-SPON ADR (common stock) | A | Dividend | J | T | Exchange | 4-11 | J | | See above. |
| 42. | | | | | | | | | |
| 43. IBM CORP. (common stock) | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. JOHNSON & JOHNSON (common stock) | A | Dividend | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. LIBERTY PROPERTY REIT TRUST | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. ELI LILLY & CO. (common stock) | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. MBNA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 52. | | | | | | | | | |
| 53. MERCK & CO., INC. (common stock) | A | Dividend | J | T | Spin-Off | 8-2 | J | | Spin-Off. No gain. See below. |
| 54. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Medco Health Solutions, Inc. (common stock) | | None | J | T | Spin-Off | 8-2 | J | | See above. |
| 56. | | | | | | | | | |
| 57. NATIONAL COMMERCE FINANCIAL CORP. (common stock) | A | Dividend | J | T | Buy | 1-10 | J | | |
| 58. | | | | | Buy | 8-21 | J | | |
| 59. | | | | | | | | | |
| 60. PAYCHEX, INC. (common stock) | A | Dividend | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. PEPSICO INCORPORATED (common stock) | A | Dividend | J | T | Buy | 8-21 | J | | |
| 63. | | | | | | | | | |
| 64. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 65. Companies) (common stock) | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |
| 69. UST, INC. (common stock) | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. VERIZON COMMUNICATIONS (common stock) | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. VORNADO REALTY REIT TRUST | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. WASHINGTON MUTUAL, INC. (common stock) | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. (2003 New Buys/Additions) | | | | | | | | | |
| 80. CHELSEA PROPERTY GROUP (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 81. | | | | | | | | | |
| 82. FPL GROUP, INC. (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 83. | | | | | | | | | |
| 84. GENUINE PARTS CO. (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 85. | | | | | | | | | |
| 86. KEYSPAN CORP. (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 87. | | | | | | | | | |
| 88. LOWES COMPANIES, INC. (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 89. | | | | | | | | | |
| 90. END PORTFOLIO I -- | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | | | | | |
| 92. WACHOVIA CORPORATION NEW (common stock) | D | Dividend | M | T | | | | | |
| 93. | | | | | | | | | |
| 94. BANK OF AMERICA CORPORATION (personal checking account) | A | Interest | K | T | | | | | |
| 95. | | | | | | | | | |
| 96. SIMCOM INTERNATIONAL HOLDINGS, INC. - Series AA Convertible | | None | L | T | | | | | |
| 97. Preferred Stock | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | A | Dividend | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. MANULIFE UNIVERSAL LIFE INSURANCE POLICY | B | Interest | K | T | | | | | |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. PORTFOLIO II — | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 107. | | | | | | | | | |
| 108. BANK ONE CORPORATION (common stock) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | | | | | |
| 110. BOEING COMPANY (common stock) | A | Dividend | | | Sell | 4-22 | J | A | |
| 111. | | | | | | | | | |
| 112. BRISTOL MYERS SQUIBB CO. (common stock) | A | Dividend | | | Sell | 9-25 | | A | |
| 113. | | | | | | | | | |
| 114. ZIMMER HOLDINGS, INC. (common stock) | | None | J | T | Buy | 1-2 | J | | |
| 115. | | | | | | | | | |
| 116. DEUTSCHE BANK AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. DUKE ENERGY CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |
| 120. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. GENERAL ELECTRIC CO. (common stock) | A | Dividend | J | T | Buy | 4-22 | J | | |
| 123. | | | | | | | | | |
| 124. 3-M CO. (FORMERLY MINNESOTA MINING & MFG. CO.) | A | Dividend | J | T | | | | | |
| 125. (common stock) | | | J | | | | | | |
| 126. | | | | | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. MOTOROLA, INC. (common stock) | A | Dividend | | | Sell | 4-22 | J | A | |
| 128. | | | | | | | | | |
| 129. ALTRIA GROUP, INC. (formerly known as Philip Morris | A | Dividend | J | T | | | | | |
| 130. Companies, Inc.) (common stock) | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. BELLSOUTH CORPORATION (common stock) | A | Dividend | | | Sell | 9-25 | J | B | |
| 133. | | | | | | | | | |
| 134. PFIZER, INC. (common stock) | A | Dividend | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. BANK OF AMERICA CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 137. | | | | | | | | | |
| 138. NOVARTIS AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 139. | | | | | | | | | |
| 140. SYNGENTA AG SPONSORED ADR (common stock) | | None | | | Sell | 1-2 | J | A | |
| 141. | | | | | | | | | |
| 142. EVERGREEN MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. BP PLC SPONSORED ADR (common stock) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        = Cash/Market
(See column C2)        = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. | | | | | | | | | |
| 146. VERIZON COMMUNICATIONS (common stock) | A | Dividend | J | T | | | | | |
| 147. | | | | | | | | | |
| 148. CABLE & WIRELESS PUB LTD CO SPD ADR (common stock) | | None | | | Sell | 1-2 | J | | No gain. |
| 149. | | | | | | | | | |
| 150. TECO ENERGY, INC. (common stock) | | None | | | Sell | 1-2 | J | | No gain. |
| 151. | | | | | | | | | |
| 152. TELEFONICA SA SPONSORED ADR (common stock) | | None | J | T | Partial Sale | 4-22 | J | C | |
| 153. | | | | | | | | | |
| 154. UNOCAL CAPITAL TR CV 6.25% (Convertible Preferred Stock) | A | Interest | J | T | | | | | |
| 155. | | | | | | | | | |
| 156. GERMANY FUND, INC. (closed end fund) | | None | | | Sell | 1-2 | J | | No gain. |
| 157. | | | | | | | | | |
| 158. SCANA CORP. (common stock) | A | Dividend | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. AES CORPORATION (common stock) | | None | | | Sell | 1-2 | J | | No gain. |
| 161. | | | | | | | | | |
| 162. EL PASO ENERGY CAP TR I PFD CONV TR SEC | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

Name of Person Reporting
HAMILTON, CLYDE H

Date of Report
4/5/2004

## VI. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. (Preferred Convertible Stock) | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. AMERICAN POWER CONVERSION (common stock) | | None | | | Sell | 1-2 | J | | No gain. |
| 166. | | | | | | | | | |
| 167. AMERICAN ELECTRIC POWER, INC. (common stock) | | None | | | Sell | 1-2 | J | | No gain. |
| 168. | | | | | | | | | |
| 169. LEHMAN BROTHERS HOLDINGS CORPORATE NOTES - 7.07% | A | Interest | J | T | | | | | |
| 170. | | | | | | | | | |
| 171. TYCO INTERNATIONAL LTD NEW (common stock) | A | Dividend | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. CLOROX COMPANY (common stock) | A | Dividend | J | T | Buy | 4-22 | J | | |
| 174. | | | | | | | | | |
| 175. FEDEX CORP. (common stock) | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. BAYER AG SPND ADR (common stock) | | None | | | Sell | 2-25 | J | | No gain. |
| 178. | | | | | | | | | |
| 179. URECOATS INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |
| 180. | | | | | | | | | |

1. Income Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. MCMORAN EXPLORATION COMPANY (common stock) | | None | | | Sell | 4-22 | J | | No gain. |
| 182. | | | | | | | | | |
| 183. DEVON ENERGY CORP. CONV. SUB DEB CPN 4.950% DUE 8/15/08 | A | Interest | J | T | | | | | |
| 184. | | | | | | | | | |
| 185. HOUSEHOLD FINANCE CORP. INTERNOTES CPN 5.2% DUE 9/15/05 | A | Interest | J | T | | | | | |
| 186. | | | | | | | | | |
| 187. GENENCOR INTERNATIONAL (common stock) | | None | | | Sell | 1-2 | J | | No gain. |
| 188. | | | | | | | | | |
| 189. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 190. | | | | | | | | | |
| 191. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 192. | | | | | | | | | |
| 193. CARDINAL HEALTH, INC. (common stock) | A | Dividend | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. DENTSPLY INTERNATIONAL, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 196. | | | | | | | | | |
| 197. DISNEY WALT COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 198. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
2. Value Method Codes    Q = Appraisal    T = Cost (Real Estate Only)    S = Assessment    U = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. HOME DEPOT, INC. (common stock) | A | Dividend | J | T | Buy | 9-25 | J | | |
| 200. | | | | | | | | | |
| 201. KRAFT FOODS, INC. CL A (common stock) | A | Dividend | J | T | Buy | 4-22 | J | | |
| 202. | | | | | | | | | |
| 203. PATTERSON DENTAL CO. (common stock) | | None | J | T | | | | | |
| 204. | | | | | | | | | |
| 205. PEPSI BOTTLING GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 206. | | | | | | | | | |
| 207. PULTE HOMES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 208. | | | | | | | | | |
| 209. SYSCO CORPORATION (common stock) | A | Dividend | J | T | | | | | |
| 210. | | | | | | | | | |
| 211. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | J | T | Buy | 8-21 | J | | |
| 212. | | | | | | | | | |
| 213. BISYS GROUP, INC. (common stock) | | None | J | T | Sell | 9-25 | J | | No gain. |
| 214. | | | | | | | | | |
| 215. HEWLETT-PACKARD COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 216. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. TRANSOCEAN, INC. (common stock) | | None | J | T | | | | | |
| 218. | | | | | | | | | |
| 219. GANNETT CO., INC. DEL (common stock) | A | Dividend | J | T | | | | | |
| 220. | | | | | | | | | |
| 221. MEDTRONIC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 222. | | | | | | | | | |
| 223. STAPLES, INC. (common stock) | | None | J | T | | | | | |
| 224. | | | | | | | | | |
| 225. (2003 New Buys/Additions) | | | | | | | | | |
| 226. FIRST DATA CORP. (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 227. | | | | | | Buy | 8-21 | J | |
| 228. HCA, INC. (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 229. | | | | | | | | | |
| 230. J. P. MORGAN & CHASE CO. (common stock) | A | Dividend | J | T | Buy | 9-25 | J | | |
| 231. | | | | | | | | | |
| 232. METLIFE, INC. (common stock) | A | Dividend | J | T | Buy | 1-2 | J | | |
| 233. | | | | | | | | | |
| 234. VERSO TECHNOLOGIES, INC. (common stock) | | None | J | T | Buy | 8-4 | J | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 235. | | | | | | | | | |
| 236. END PORTFOLIO II -- | | | | | | | | | |
| 237. | | | | | | | | | -- |
| 238. PORTFOLIO III (formerly Portfolio V) | | | | | | | | | |
| 239. | | | | | | | | | |
| 240. MANULIFE FINANCIAL CORPORATION (common stock) | A | Dividend | | | Gift to | 9-2 | J | | |
| 241. | | | | | Church | | | | |
| 242. | | | | | | | | | |
| 243. MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 244. | | | | | | | | | |
| 245. URECOATS INDUSTRIES. INC. (common stock) | | None | J | T | | | | | |
| 246. | | | | | | | | | |
| 247. CITIGROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 248. | | | | | | | | | |
| 249. DU PONT E.I. DE NEMOURS AND COMPANY (common stock) | A | Dividend | J | T | | | | | |
| 250. | | | | | | | | | |
| 251. HOME DEPOT, INC. (common stock) | A | Dividend | J | T | | | | | |
| 252. | | | | | | | | | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   (See Column C2)       U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. J. P. MORGAN & CHASE CO. (common stock) | A | Dividend | J | T | | | | | |
| 254. | | | | | | | | | |
| 255. VERSO TECHNOLIGIES, INC. (common stock) | | None | J | T | Buy | 8-6 | J | | |
| 256. | | | | | Buy | 8-29 | J | | |
| 257. END PORTFOLIO III -- | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. PORTFOLIO IV (formerly Portfolio VI) | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. -Adams Express COM (closed end fund) | | None | | | Sell | 2-7 | J | | No gain. |
| 264. | | | | | | | | | |
| 265. -Asia Pacific Fund (closed end fund) | | None | | | Sell | 4-21 | J | | No gain. |
| 266. | | | | | | | | | |
| 267. -BCP International Bank LTD NON CUM GTD Exchangeable | A | Dividend | | | Redeemed | 6-30 | J | | No gain. |
| 268. Preferred SHS SER A | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. -Europe Fund Incorporated (closed end fund) | | None | | | Sell | 4-21 | J | | No gain. |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | | | | | |
| 272. -First Financial Holdings Incorporated (common stock) | A | Dividend | J | T | | | | | |
| 273. | | | | | | | | | |
| 274. -General American Investors Co. (closed end fund) | A | Div & Dist | | | Sell | 5-22 | J | | No gain |
| 275. | | | | | | | | | |
| 276. -H & Q Healthcare Fund Shares Beneficial Interest | A | Dividend | | | Partial Sale | 5-22 | J | | No gain. |
| 277. (closed end fund) | | | | | Sell | 8-20 | J | | No gain. |
| 278. | | | | | | | | | |
| 279. -Helmerich & Payne, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 280. | | | | | | | | | |
| 281. Cimarex Energy Company (common stock) | | None | | | Sell | 2-7 | J | B | |
| 282. | | | | | | | | | |
| 283. -Morgan Stanley Dean Witter Asia Pacific Fund, Inc. | | None | | | Sell | 4-21 | J | | No gain. |
| 284. (closed end fund) | | | | | | | | | |
| 285. | | | | | | | | | |
| 286. -National Australia Bank LTD Capital Exchangeable Conv PFD | A | Dividend | | | Sell | 4-21 | J | B | |
| 287. 7.87% | | | | | | | | | |
| 288. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. -Pharmacia Corporation (common stock) | A | Dividend | | | Exchange | 4-16 | J | | No gain. See below. |
| 290. | | | | | | | | | |
| 291. -Pfizer, Inc. (common stock) | A | Dividend | J | T | Exchange | 4-16 | J | | See above. |
| 292. | | | | | Buy | 5-22 | J | | |
| 293. | | | | | | | | | |
| 294. -Swiss Helvetia Fund, Inc. (closed end fund) | A | Div & Dist | | | Sell | 8-20 | J | | No gain. |
| 295. | | | | | | | | | |
| 296. -Tri Continental Corp. (closed end fund) | | None | | | Sell | 2-7 | J | | No gain. |
| 297. | | | | | | | | | |
| 298. -Unocal Capital Trust 6.25% Series Trust Convertible | A | Interest | J | T | | | | | |
| 299. PFD Secs Callable | | | | | | | | | |
| 300. | | | | | | | | | |
| 301. -Money Market Fund | A | Interest | J | T | | | | | |
| 302. | | | | | | | | | |
| 303. -Suntrust Banks, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 304. | | | | | | | | | |
| 305. -South Financial Group, Inc. (common stock) | A | Dividend | | | Sell | 2-7 | J | | No gain. |
| 306. | | | | | | | | | |

1. Income/Gain Codes.   A = $1,000 or less   B = $1,000-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Merrill Lynch and Co., Inc. SR UNSUB RO FA 6.000 | A | Interest | J | T | | | | | |
| 308. (corporate bond) | | | | | | | | | |
| 309. | | | | | | | | | |
| 310. -BankAmerica Corp. Senior Notes (corporate bond) | A | Interest | J | T | | | | | |
| 311. | | | | | | | | | |
| 312. -Piedmont Natural Gas (common stock) | A | Dividend | J | T | | | | | |
| 313. | | | | | | | | | |
| 314. -AGL Resources, Inc. (common stock) | A | Dividend | J | T | Buy | 2-7 | J | | |
| 315. | | | | | | | | | |
| 316. -Wyeth (formerly American Home Products) (common stock) | A | Dividend | J | T | | | | | |
| 317. | | | | | | | | | |
| 318. -Dominion Resources, Inc. (common stock) | A | Dividend | J | T | Buy | 5-22 | J | | |
| 319. | | | | | | | | | |
| 320. -Honeywell International, Inc. (common stock) | A | Dividend | | | Sell | 4-21 | J | | No gain. |
| 321. | | | | | | | | | |
| 322. -Intel Corp. (common stock) | A | Dividend | J | T | | | | | |
| 323. | | | | | | | | | |
| 324. -International Flavors & Fragrances, Inc. (common stock) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 325. | | | | | | | | | |
| 326. -SCANA Corporation (common stock) | A | Dividend | J | T | | | | | |
| 327. | | | | | | | | | – – |
| 328. -Southern Company (common stock) | A | Dividend | J | T | Buy | 2-7 | J | | |
| 329. | | | | | | | | | |
| 330. -Texas Instruments, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 331. | | | | | | | | | |
| 332. -Xerox Corporation (common stock) | | None | | | Sell | 4-21 | J | | No gain. |
| 333. | | | | | | | | | |
| 334. -Devon Energy Corporation Convertible Debentures | A | Interest | J | T | | | | | |
| 335. 4.95%; August 15, 2008 | | | | | | | | | |
| 336. | | | | | | | | | |
| 337. -Duke Energy Corporation (common stock) | A | Dividend | J | T | | | | | |
| 338. | | | | | | | | | |
| 339. -NM BankAmerica Corporation BE MTLY-Pay 6.80% (corporate | A | Interest | | | Sell | 5-23 | J | | No gain. |
| 340. bonds) | | | | | | | | | |
| 341. | | | | | | | | | |
| 342. -Baxter International, Inc. (common stock) | A | Dividend | | | Sell | 2-7 | J | | No gain. |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. | | | | | | | | | |
| 344. -ConocoPhillips (common stock) | A | Dividend | J | T | | | | | |
| 345. | | | | | | | | | -- |
| 346. Ambac Financial Group NY (common stock) | A | Dividend | J | T | Buy | 8-21 | J | | |
| 347. | | | | | | | | | |
| 348. Amsouth Bancorp (common stock) | A | Dividend | J | T | Buy | 8-21 | J | | |
| 349. | | | | | | | | | |
| 350. Anheuser Busch Companies, Inc. (common stock) | A | Dividend | J | T | Buy | 5-22 | J | | |
| 351. | | | | | | | | | |
| 352. Calamos Convertible Opportunities and Income Fund | A | Dividend | | | Sell | 8-20 | J | B | |
| 353. (closed-end management investment company) | | | | | | | | | |
| 354. | | | | | | | | | |
| 355. Duquesne Light Co. PFD Stock 6.70% Pines (corp. bond) | A | Dividend | J | T | | | | | |
| 356. | | | | | | | | | |
| 357. El Paso Corporation (common stock) | A | Dividend | | | Sell | 2-7 | J | | No gain. |
| 358. | | | | | | | | | |
| 359. Federal National Mortgage Assn. | A | Interest | J | T | | | | | |
| 360. [Fannie Mae 5.0% investment notes] | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 361. | | | | | | | | | |
| 362. J. P. Morgan Chase and Co. (common stock) | A | Dividend | J | T | Buy | 8-18 | J | | |
| 363. | | | | | | | | | |
| 364. Kraft Foods, Inc. VA CL A (common stock) | A | Dividend | J | T | Buy | 2-7 | J | | |
| 365. | | | | | | | | | |
| 366. Kroger Company (common stock) | | None | | | Sell | 4-21 | J | | No gain. |
| 367. | | | | | | | | | |
| 368. Mirant Trust PFD Conv. 6.25% (Series A) (corporte bond) | A | Interest | | | Sell | 4-21 | J | | No gain. |
| 369. | | | | | | | | | |
| 370. Teco Energy, Inc. (common stock) | A | Dividend | | | Sell | 2-7 | J | | No gain. |
| 371. | | | | | | | | | |
| 372. UST, Inc. (common stock) | A | Dividend | J | T | Buy | 5-22 | J | | |
| 373. | | | | | | | | | |
| 374. (2003 New Buys/Additions) | | | | | | | | | |
| 375. | | | | | | | | | |
| 376. Cardinal Health, Inc. (common stock) | A | Dividend | J | T | Buy | 8-21 | J | | |
| 377. | | | | | | Buy | 9-16 | J | | |
| 378. | | | | | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment       T = Cash Market
   (See Column C2)           U = Book Value          V = Other               W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. Citigroup, Inc. (common stock) | A | Dividend | L | T | Buy | 4-21 | J | | |
| 380. | | | | | Buy | 8-21 | J | | |
| 381. | | | | | | | | | |
| 382. Genuine Parts Co. (common stock) | A | Dividend | J | T | Buy | 2-7 | J | | |
| 383. | | | | | | | | | |
| 384. Johnson and Johnson (common stock) | A | Dividend | J | T | Buy | 5-22 | J | | |
| 385. | | | | | | | | | |
| 386. Sysco Corporation (common stock) | | None | J | T | Buy | 10-31 | J | | |
| 387. | | | | | | | | | |
| 388. END PORTFOLIO IV | | | | | | | | | |
| 389. (THE ASSETS IN PORTFOLIO VII (ON THE 2002 REPORT) ARE NOW | | | | | | | | | |
| 390. REPORTED IN PORTFOLIO V BELOW) | | | | | | | | | |
| 391. | | | | | | | | | |
| 392. Pulliam-Morris Decorating Company, Inc. (common stock) | | None | L | U | | | | | |
| 393. | | | | | | | | | |
| 394. CMC Associates (General Partnership) Columbia, SC | D | Rent | L | W | | | | | |
| 395. Warehouse (one-third interest) | | | | | | | | | |
| 396. | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  V = Book Value   X = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. Bank of America, Columbia, SC (personal checking account) | | None | J | T | | | | | |
| 398. | | | | | | | | | |
| 399. PORTFOLIO V (formerly Portfolio VIII) | | | | | | | | | |
| 400. | | | | | | | | | |
| 401. PEREGRINE PHARMACEUTICALS, INC. (common stock) | | None | J | T | | | | | |
| 402. | | | | | | | | | |
| 403. URECOATS INDUSTRIES, INC. (common stock) | | None | J | T | | | | | |
| 404. | | | | | | | | | |
| 405. EVERGREEN MONEY MARKET FUND (formerly CASH/WACHOVIA MONEY | A | Interest | J | T | | | | | |
| 406. MARKET FUND) | | | | | | | | | |
| 407. | | | | | | | | | |
| 408. CITIGROUP, INC. (common stock) | A | Dividend | J | T | Buy | 10-13 | J | | |
| 409. | | | | | | | | | |
| 410. HOME DEPOT, INC. (common stock) | A | Dividend | J | T | Buy | 10-13 | J | | |
| 411. | | | | | | | | | |
| 412. ASSETS PREVIOUSLY REPORTED IN PORTFOLIO VII (2002 Report) | | | | | | | | | |
| 413. | | | | | | | | | |
| 414. -(1) EQUITIES: | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B. and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Column C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. --Boeing Co. (common stock) | A | Dividend | | | Sell | 4-21 | J | | No gain. |
| 416. | | | | | | | | | |
| 417. --Dow Jones & Co., Inc. (common stock) | A | Dividend | J | T | | | | | |
| 418. | | | | | | | | | |
| 419. --Hewlett Packard Co. (common stock) | A | Dividend | J | T | | | | | |
| 420. | | | | | | | | | |
| 421. --International Paper Capital Trust Preferred Conv. 5.25% | A | Dividend | J | T | | | | | |
| 422. | | | | | | | | | |
| 423. --Pharmacia Corp. (common stock) | A | Dividend | | | Exchange | 4-16 | J | | No Gain. See below. |
| 424. | | | | | | | | | |
| 425. --Pfizer, Inc. (common stock) | A | Dividend | J | T | Exchange | 4-16 | J | | See above. |
| 426. | | | | | | Buy | 2-7 | J | | |
| 427. | | | | | | | | | |
| 428. --National Australia Bank LTD Capital Exchangeable Conv. | A | Interest | | | Sell | 4-21 | J | A | |
| 429. PFD 7.875% | | | | | | | | | |
| 430. | | | | | | | | | |
| 431. --Bank of America Corp. (common stock) | A | Dividend | J | T | | | | | |
| 432. | | | | | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000        P4 = More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
(See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. —CMS Energy Corp. (common stock) | A | Dividend | | | Sell | 2-7 | J | | No gain. |
| 434. | | | | | | | | | |
| 435. —Dominion Resources, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 436. | | | | | | | | | |
| 437. —Intel Corp. (common stock) | A | Dividend | J | T | | | | | |
| 438. | | | | | | | | | |
| 439. —International Flavors & Fragrances, Inc. (Symbol | A | Dividend | J | T | | | | | |
| 440. IFF) (common stock) | | | | | | | | | |
| 441. | | | | | | | | | |
| 442. —SCANA Corporation (common stock) | A | Dividend | J | T | | | | | |
| 443. | | | | | | | | | |
| 444. —Southern Company (common stock) | A | Dividend | J | T | Buy | 5-22 | J | | |
| 445. | | | | | | | | | |
| 446. —Teco Energy, Inc. (common stock) | A | Dividend | | | Sell | 2-7 | J | | No gain. |
| 447. | | | | | | | | | |
| 448. —Texas Instruments, Inc. (common stock) | A | Dividend | J | T | Buy | 11-21 | J | | |
| 449. | | | | | | | | | |
| 450. —Wachovia Corporation New (common stock) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. | | | | | | | | | |
| 452. —American International Group (common stock) | A | Dividend | J | T | | | | | |
| 453. | | | | | | | | | |
| 454. —General Electric Company (common stock) | A | Dividend | J | T | Buy | 2-7 | J | | |
| 455. | | | | | | | | | |
| 456. --Merck & Co., Inc. (common stock) | A | Dividend | J | T | Spin-Off | 8-2 | J | | Spin-Off. No gain. See below. |
| 457. | | | | | | | | | |
| 458. --Medco Health Solutions, Inc. (common stock) | | None | J | T | Spin-Off | 8-2 | J | | See above. |
| 459. | | | | | | | | | |
| 460. –3M Company (formerly Minnesota Mining & | A | Dividend | J | T | | | | | |
| 461. Manufacturing) (common stock) | | | | | | | | | |
| 462. | | | | | | | | | |
| 463. —Verizon Communications (common stock) | A | Dividend | | | Sell | 10-13 | J | | No gain. |
| 464. | | | | | | | | | |
| 465. --Duke Energy Corporation (common stock) | A | Dividend | J | T | | | | | |
| 466. | | | | | | | | | |
| 467. —El Paso Corporation (common stock) | A | Dividend | | | Sell | 2-7 | J | | No gain. |
| 468. | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 469. --First Data Corporation (common stock) | A | Dividend | J | T | | | | | |
| 470. | | | | | | | | | |
| 471. --Freddie Mac (common stock) | A | Dividend | J | T | Buy | 5-22 | J | | |
| 472. | | | | | | | | | |
| 473. --H&R Block, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 474. | | | | | | | | | |
| 475. --Novartis AG ADR (common stock) | A | Dividend | J | T | | | | | |
| 476. | | | | | | | | | |
| 477. --Patterson Dental Company (common stock) | | None | J | T | | | | | |
| 478. | | | | | | | | | |
| 479. -(2) MUNICIPAL BONDS: | | | | | | | | | |
| 480. | | | | | | | | | |
| 481. --South Carolina EDL Facs Auth Rev Benedict College Proj | A | Interest | J | T | | | | | |
| 482. Asset Guaranty RO JJ 5.500 07/01/2005 DTD 06/15/95 | | | | | | | | | |
| 483. | | | | | | | | | |
| 484. --Richland Cnty SC Hosp Facs Rev RFDG-SC Baptist Hosp | A | Interest | J | T | | | | | |
| 485. Ser B R# 0.000 08/01/2006 DTD 07/10/91 | | | | | | | | | |
| 486. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    = Cash/Market
(See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. --SC TRANSN INFRASTUCTR BK RV A MBIA 5.0% Oct. 1, 2012 | A | Interest | J | T | | | | | |
| 488. | | | | | | | | | |
| 489. --College of Charleston, SC HGHR ED FAC Rev Bonds 4.0% | A | Interest | J | T | | | | | |
| 490. | | | | | | | | | |
| 491. -(3) CLOSED END FUNDS: | | | | | | | | | |
| 492. --Adams Express Company | | None | | | Sell | 2-7 | J | | No gain. |
| 493. | | | | | | | | | |
| 494. --John Hancock Bank & Thrift Opportunity Fund | | None | | | Sell | 2-7 | J | | No gain. |
| 495. | | | | | | | | | |
| 496. --John Hancock Financial Trends Fund, Inc. (closed end fund) | | None | | | Sell | 2-7 | J | | No gain. |
| 497. | | | | | | | | | |
| 498. --Tri Continental Corp. | | None | | | Sell | 2-7 | J | | No gain. |
| 499. | | | | | | | | | |
| 500. -(4) MONEY MARKET FUNDS: | | | | | | | | | |
| 501. --ML Banking Advantage (formerly Command Money Fund) | A | Interest | | | Closed | 7-3 | J | | |
| 502. | | | | | | | | | |
| 503. -(5) ANNUITIES & INSURANCE: | | | | | | | | | |
| 504. --GE Life Choice Variable Annuity | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes.   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAMILTON, CLYDE H | 4/5/2004 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month-Day | Value (J-P) | Code 1 | Identity of buyer/seller (if private transaction) |
| 505. | | | | | | | | | |
| 506. -(6) GOVERNMENT SECURITIES: | | | | | | | | | |
| 507. --FED NATL MORTGAGE ASSOC CALLABLE NOTES SER MTN | | | | | Redeemed | 2-28 | | | gain. |
| 508. 05.500% Oct. 25, 2012 | | | | | | | | | |
| 509. | | | | | | | | | |
| 510. -(7) PREFERRED STOCK: | | | | | | | | | |
| 511. --Duquesne Light Co. PFD STK 6.70% Pines | | | | | | | | | |
| 512. | | | | | | | | | |
| 513. (2003 New Buys/Additions) | | | | | | | | | |
| 514. --Dentsply International, Inc. (common stock) | | | | | Buy | 2-7 | | | |
| 515. | | | | | Buy | 8-21 | | | |
| 516. | | | | | | | | | |
| 517. --IBM (common stock) | | | | | Buy | 5-22 | | | |
| 518. | | | | | | | | | |
| 519. Pepsico, Inc. (common stock) | | | | | Buy | 4-21 | | | |
| 520. | | | | | Buy | 5-22 | | | |
| 521. | | | | | | | | | |
| 522. United Parcel Service-B (common stock) | | | | | Buy | 8-21 | .J | | |

| | | | | |
|---|---|---|---|---|
| (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 |
| 2. Value Codes | = $50,001-$100,000 | = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 |
| | = $15,000 or less | | L = $50,001-$100,000 | M = $100,001-$250,000 |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | |
| | Appraisal | Cost (Real Estate Only) | S = Assessment | |
| | = Book value | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. | | | | | | | | | |
| 524. END PORTFOLIO V | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimate | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat[ure]      Date _12 April 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544